UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph V. Li Vecchi,<br><br>Plaintiff,<br><br>v.<br><br>LTS Managed Technical Services LLC,<br><br>Defendant. | Court File No. _____<br><br>**DEFENDANT'S RULE 7.1<br>CORPORATE DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LTS Managed Technical Services LLC states as follows:

1. LTS Managed Technical Services LLC is a wholly-owned subsidiary of LTS Solutions (USA) LLC.

2. No public corporation owns ten percent or more of LTS Managed Technical Services LLC's stock.

Dated: December 12, 2017

_____
Daniel Oberdorfer (#233791)
Tracey Holmes Donesky (#302727)
Nicole L. Faulkner (#397456)
Stinson Leonard Street LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN  55402
612.3350.1832
Dan.oberdorfer@stinson.com
Tracey.donesky@stinson.com
Nicole.faulkner@stinson.com

**ATTORNEYS FOR DEFENDANTS**

136407231.1